UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DAVID MARTIN | CIVIL ACTION NO. 09-0235 |
| VERSUS | JUDGE MELANÇON |
| ACCURATE MEASUREMENT, ET AL | MAGISTRATE JUDGE METHVIN |

### J U D G M E N T

This matter was referred to United States Magistrate Judge Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that Accurate Measurement's Motion to Dismiss [Rec. Doc. 18] is **DENIED**.

**THUS DONE AND SIGNED** this 14th day of December, 2009 at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE